JS-6

EDMOND M. CONNOR (State Bar No. 65515)
MATTHEW J. FLETCHER (State Bar No. 204071)
CONNOR, FLETCHER & HEDENKAMP LLP
2211 Michelson Drive, Suite 1100
Irvine, California 92612
Telephone:(949) 622-2600
mfletcher@businesslit.com

DAVID B. HARRISON (Admitted *Pro Hac Vice*)
MEREDITH A. SHAROKY (Admitted *Pro Hac Vice*)
SPIRO HARRISON
830 Morris Turnpike, 2nd Floor
Short Hills, New Jersey 07078
Telephone: 973-232-0881
dharrison@spiroharrison.com

*Attorneys for Plaintiffs David Placek, DP Investors III, LLC and DP SLF II Member, LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DAVID PLACEK, DP INVESTORS III, LLC, AND DP SLF II MEMBER, LLC,

Plaintiffs,

vs.

WILLIAM SHOPOFF INDIVIDUALLY AND WILLIAM SHOPOFF AND CINDY SHOPOFF AS TRUSTEES FOR THE SHOPOFF REVOCABLE TRUST,

Defendants.

CASE NO.: 8-18-CV-02187 DOC-JDE

Honorable: David O. Carter
Courtroom: 9D

**ORDER TO DISMISS PLAINTIFFS' COMPLAINT WITHOUT PREJUDICE AND COMPEL ARBITRATION** [46]

Complaint Filed: December 10, 2018
Trial Date: None set

The Court, having considered the Stipulation by and between Plaintiffs, DP INVESTORS III, LLC, DP SLF II MEMBER, LLC, and DAVID PLACEK, and

Defendants WILLIAM SHOPOFF, individually, CINDY SHOPOFF, individually, and WILLIAM AND CINDY SHOPOFF as TRUSTEES FOR THE SHOPOFF REVOCABLE TRUST, and good cause showing,

IT IS HEREBY ORDERED THAT:

1. Defendants' motion to compel arbitration is GRANTED on consent of Plaintiffs, and, upon agreement of the Parties, this case shall be transferred to arbitration;

2. Plaintiffs' complaint is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: April 19, 2019

David O. Carter

Hon. David O. Carter
United States District Judge